Certificate Number: 03088-PAE-DE-033259532

Bankruptcy Case Number: 19-13083



03088-PAE-DE-033259532

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on <u>August 15, 2019</u>, at <u>4:22</u> o'clock <u>PM CDT</u>, <u>scott m aaron</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 15, 2019</u>               By:   <u>/s/Doug Tonne</u>

                                                             Name:   <u>Doug Tonne</u>

                                                             Title:   <u>Counselor</u>