## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Hilary B. Aaron<br>            Scott M. Aaron<br>                        Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                        Movant<br>    vs. | NO. 19-13083 JKF |
| Hilary B. Aaron<br>Scott M. Aaron<br>                        Debtor(s) | 11 U.S.C. Section 362 |
| Scott Waterman<br>                        Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Rav4, VIN: JTMBFREV6GJ085155  in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  22nd  day of August , 2019.

_United States Bankruptcy Judge._
Jean K. FitzSimon

cc: See attached service list

Hilary B. Aaron
4063 Lasher Road
Drexel Hill, PA 19026

Scott M. Aaron
4063 Lasher Road
Drexel Hill, PA 19026

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532