IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
   Scott M. Aaron & Hillary B. Aaron : Chapter 13
:
: Case No. 19-13083jfk
Debtor(s) :

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 27.

Dated: September 17, 2019            /s/ Brad J. Sadek, Esquire
                                                                     Brad J. Sadek, Esquire
                                                                     Sadek and Cooper
                                                                     1315 Walnut Street, Suite 502
                                                                     Philadelphia, PA 19107
                                                                     215-545-0008