IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
SCOTT M. AARON : CHAPTER 13
A/K/A SCOTT AARON :
HILARY B. AARON : BK. No. 19-13083 JKF
A/K/A HILARY AARON :
           Debtors :

## ORDER

AND NOW, this 26th day of December, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court; and it is further~~;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON,
Bankruptcy Judge

SCOTT F. WATERMAN, ESQ.
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

BRAD J. SADEK, ESQ.
SADEK & COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JOHN F. KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

HILARY B. AARON
A/K/A HILARY AARON
4063 LASHER ROAD
DREXEL HILL, PA 19026

SCOTT M. AARON
A/K/A SCOTT AARON
4063 LASHER ROAD
DREXEL HILL, PA 19026