United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott M Aaron  
Hilary B Aaron  
    Debtors

Case No. 19-13083-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 26, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db/jdb          +Scott M Aaron,    Hilary B Aaron,    4063 Lasher Road,    Drexel Hill, PA 19026-5127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:  
         BRAD J. SADEK    on behalf of Joint Debtor Hilary B Aaron brad@sadeklaw.com,  bradsadek@gmail.com  
         BRAD J. SADEK    on behalf of Debtor Scott M Aaron brad@sadeklaw.com,  bradsadek@gmail.com  
         JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  paeb@fedphe.com  
         KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  bkgroup@kmllawgroup.com  
         ROBERT J. DAVIDOW    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  robert.davidow@phelanhallinan.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SHERRI J. SMITH    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  sherri.smith@phelanhallinan.com,  pa.bkecf@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                               TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
SCOTT M. AARON : CHAPTER 13
A/K/A SCOTT AARON :
HILARY B. AARON : BK. No. 19-13083 JKF
A/K/A HILARY AARON :
        Debtors :

## ORDER

AND NOW, this 26th day of December, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court; and it is further~~;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

JEAN K. FITZSIMON,
Bankruptcy Judge

SCOTT F. WATERMAN, ESQ.
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

BRAD J. SADEK, ESQ.
SADEK & COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JOHN F. KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

HILARY B. AARON
A/K/A HILARY AARON
4063 LASHER ROAD
DREXEL HILL, PA 19026

SCOTT M. AARON
A/K/A SCOTT AARON
4063 LASHER ROAD
DREXEL HILL, PA 19026