IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Scott M Aaron | : | Chapter 13 |
| Hilary B Aaron | : | |
| | : | Case No.  19-13083JKF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 52.

Dated:  January 14, 2020         /s/ Brad J. Sadek, Esquire
                                                   Brad J. Sadek, Esquire
                                                   Sadek and Cooper
                                                   1315 Walnut Street, Suite 502
                                                   Philadelphia, PA 19107
                                                   215-545-0008