IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| | : | |
| Scott M Aaron | : | Chapter 13 |
| Hilary B Aaron | : | |
| | : | Case No.  19-13083JKF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation filed at docket number 61.

Dated:  February 20, 2020             /s/ Brad J. Sadek, Esquire
                                       Brad J. Sadek, Esquire
                                       Sadek and Cooper
                                       1315 Walnut Street, Suite 502
                                       Philadelphia, PA 19107
                                       215-545-0008