United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott M Aaron
Hilary B Aaron
    Debtors

Case No. 19-13083-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 21, 2020
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
db/jdb         +Scott M Aaron,    Hilary B Aaron,    4063 Lasher Road,    Drexel Hill, PA 19026-5127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:
         BRAD J. SADEK    on behalf of Joint Debtor Hilary B Aaron brad@sadeklaw.com, bradsadek@gmail.com
         BRAD J. SADEK    on behalf of Debtor Scott M Aaron brad@sadeklaw.com, bradsadek@gmail.com
         JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION paeb@fedphe.com
         KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         ROBERT J. DAVIDOW    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         SHERRI J. SMITH    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION sherri.smith@phelanhallinan.com, pa.bkecf@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                      TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Scott M Aaron
    Hilary B Aaron

Case No.: 19-13083JKF

Debtor(s)

Chapter 13

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00

Dated: February 21, 2020

**Judge Jean K. FitzSimon**