| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13083-AMC**

SCOTT M AARON  
HILARY B AARON  
4063 LASHER ROAD  
DREXEL HILL  PA    19026

Petition Filed Date: 05/10/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/12/2019 | $343.00 | Monthly Plan P | 07/12/2019 | $343.00 | Monthly Plan P | 08/14/2019 | $343.00 | Monthly Plan P |
| 09/16/2019 | $431.00 | Monthly Plan P | 10/15/2019 | $435.00 | | 11/15/2019 | $435.00 | |
| 12/16/2019 | $435.00 | | 01/15/2020 | $588.00 | | 02/14/2020 | $588.00 | |
| 03/13/2020 | $588.00 | | 04/23/2020 | $588.00 | | | | |

**Total Receipts for the Period: $5,117.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,117.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $25,348.79 | $0.00 | $25,348.79 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,471.40 | $0.00 | $2,471.40 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Secured Creditors | $576.98 | $0.00 | $576.98 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $3,400.38 | $0.00 | $3,400.38 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Unsecured Creditors | $922.76 | $0.00 | $922.76 |
| 7 | TOYOTA MOTOR CREDIT CORP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $1,438.59 | $0.00 | $1,438.59 |
| 9 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 009 | Mortgage Arrears | $20,149.95 | $492.34 | $19,657.61 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $4,005.00 | $4,005.00 | $0.00 |
| 10 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 09P | Mortgage Arrears | $5,474.90 | $133.77 | $5,341.13 |

**Chapter 13 Case No. 19-13083-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,117.00 | Current Monthly Payment: | $582.00 |
| Paid to Claims: | $4,631.11 | Arrearages: | $2,304.00 |
| Paid to Trustee: | $471.80 | Total Plan Base: | $33,611.00 |
| Funds on Hand: | $14.09 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.