United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-13083-amc
Scott M Aaron   Chapter 13
Hilary B Aaron
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 3
Date Rcvd: Oct 07, 2020     Form ID: pdf900     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott M Aaron, Hilary B Aaron, 4063 Lasher Road, Drexel Hill, PA 19026-5127 |
| 14323563 | + | Financial Recoveries, PO Bix 1388, Mount Laurel, NJ 08054-7388 |
| 14323565 | + | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14331266 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14336922 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14327866 | | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14328134 | | JPMorgan Chase Bank, NA, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14332199 | + | JPMorgan Chase Bank, National Association, c/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14323568 | + | Phelan Hallinan Diamond and Jones, Attn: Peter Wapner, 1617 JFK blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14323569 | | Portnoff Law Associates, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 14323570 | | Pressler, Felt & Warshaw LLP, 5020, 7 Entin Road, Parsippany, NJ 07054 |
| 14323571 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14351545 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14343663 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14359579 | + | Toyota Motor Credit Corporation, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2020 02:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 02:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 08 2020 02:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14323556 | | Email/Text: ebn@americollect.com | Oct 08 2020 02:59:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14510469 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 08 2020 02:59:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 S DOUGLASS RD, ANAHEIM, CA 92806-5951 |
| 14323557 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2020 02:52:09 | Capital One, Attn: Bankruptcy, Po Box 30285, |

| District/off: 0313-2 | User: PaulP | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14332964 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2020 02:52:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14323558 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2020 02:59:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14332284 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2020 02:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14323559 | + | Email/Text: bk.notifications@jpmchase.com | Oct 08 2020 02:59:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 14323562 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 08 2020 02:59:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14323560 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:49:31 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14323561 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:50:51 | Chase Mortgage, Attn: Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 14358868 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:52:09 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14333453 | | Email/Text: bk.notifications@jpmchase.com | Oct 08 2020 02:59:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 14323566 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2020 02:59:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14358653 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2020 02:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14323567 | + | Email/Text: bkrnotice@prgmail.com | Oct 08 2020 02:59:00 | Paragon Revenue Group, PO Box 127, Concord, NC 28026-0127 |
| 14326993 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 08 2020 02:50:51 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14323572 | | Upper Darby Township |
| 14449822 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14323564 | ##+ | Hay, Hayt, Landau LLC, 123 S. Broad Street, Philadelphia, PA 19109-1003 |
| jdb | *+ | Hilary B Aaron, 4063 Lasher Road, Drexel Hill, PA 19026-5127 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**     **Email Address**

BRAD J. SADEK
on behalf of Joint Debtor Hilary B Aaron brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
on behalf of Debtor Scott M Aaron brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

JEROME B. BLANK
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor JPMorgan Chase Bank National Association C/O Carrington Mortgage Services, LLC paeb@fedphe.com

KARINA VELTER
on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SHERRI J. SMITH
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION sherri.smith@phelanhallinan.com, pa.bkecf@fedphe.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SCOTT M  AARON<br>    HILARY B  AARON<br><br>                  Debtors | Chapter 13<br><br>Bankruptcy No. 19-13083-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 7, 2020**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE